# EXHIBIT A

_____

# CULTURAL CARE, INC.
# PLAINTIFF CONSENT FORM

_____

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

1/12/2021
Date: _____

DocuSigned by:
*Amanda S. F. Guimaraes*
—4FA50CC9B1DE402...
_____
Signature

Amanda Guimaraes
_____
Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

[redacted]

**Return this form by fax, email or mail to:**  Nichols Kaster, PLLP, Attn:  Matthew C. Helland
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web:  www.nka.com

_____

# CULTURAL CARE, INC.
# PLAINTIFF CONSENT FORM
_____

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 01/13/2021

Signature: *Williana Rocha*

Print Name: Williana Rocha

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by fax, email or mail to:**  Nichols Kaster, PLLP, Attn:  Matthew C. Helland
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web:  www.nka.com

_____

# CULTURAL CARE, INC.
# PLAINTIFF CONSENT FORM
_____

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 01/12/2021

Signature: *Karen Morales Posada*

Print Name: Karen Morales Posada

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

[REDACTED]

**Return this form by fax, email or mail to:**   Nichols Kaster, PLLP, Attn:  Matthew C. Helland
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web:  www.nka.com

# CULTURAL CARE, INC.
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/03/2021

Signature: *[signed]*

Print Name: Sara Barrientos

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

[redacted]

**Return this form by fax, email or mail to:**  Nichols Kaster, PLLP, Attn:  Matthew C. Helland
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web:  www.nka.com