UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KAREN MORALES POSADA,<br>AMANDA SARMENTO FERREIRA<br>GUIMARAES, and<br>WILLIANA ROCHA,<br>individually and on behalf of<br>all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CULTURAL CARE, INC., a Massachusetts<br>Corporation,<br><br>    Defendant. | Civil Action No. 1:20-CV-11862-IT<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216(b), Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

1. Ana Beatriz Marfil da Costa
2. Ana Nazario
3. Andressa Perty Paganella
4. Barbara Horrana da Costa
5. Barbara Isabella Moura Nehls
6. Bruna Karoline Lacerda costa
7. Bruna Sllv Nicolau
8. Brunna Mesquita Hubac
9. Camila Camargo de Sousa
10. Carolina de Azevedo
11. Celso Heinrich Ferreira da Silva
12. Cinthya Ekatherina Teheran Roncancio
13. Daiana Gomes
14. Denise Rodrigues da Silva
15. Diogo Araujo Fagundes
16. Fernanda Melo Felizardo
17. Gabriela Cavalheiro Mendes
18. Gabriela Macedo
19. Gabriele Roesler

20. Ingrid Kelley Rodrigues Maia
21. Isabella Diez Correa Longerbeam
22. Isabella Sinofzik Carvalho Duarte
23. Jessica Viera Mota
24. Jessiele Silva
25. Johana Fonesca Ramirez
26. Julia Janotti da Neves
27. Julia Paduano Zanona
28. Juliana de Almeida Silva
29. Juliana Guedes da Silva
30. Juliane Nascimento dos Santos
31. Julliane Reis Goiabeira
32. Kamila Guimaraes de Oliveira
33. Karina Natercia Ribeiro Martina
34. Laura Casto Simao e Silva
35. Leticia Almeida
36. Leticia dos Reis Darcie
37. Maite Henrique de Faria
38. Mayara Rangel Aramha
39. Natalia Botti Santarelli
40. Natalia Fogaca de Medeiros
41. Priscila Silva Guirao
42. Queila Fernanda Ribeiro
43. Sarah Aleixo da Silva
44. Stefani Lopes Pereira
45. Suellen Priscila de Andrade Lima
46. Thais Fernandes Chiara
47. Thais Goncalves Ferreira de Souza
48. Valeria Romera Vargas
49. Vanessa de Oliveira Alcantara
50. Veronica Camila Ribeiro Pollock

Dated: February 19, 2021

By: s/Matthew C. Helland
DAVID H. SELIGMAN
ALEXANDER N. HOOD
TOWARDS JUSTICE
PO Box 371680
PMB 44465
Denver, Colorado 80237-5680
Ph: (720) 441-2236

David@TowardsJustice.org

PETER RUKIN*
RUKIN HYLAND & RIGGIN LLP
1939 Harrison Street, Suite 290
Oakland, CA 94612

MATTHEW C. HELLAND*
NICHOLS KASTER, LLP
235 Montgomery Street, Suite 810
San Francisco, CA 94104

H. CLARA COLEMAN*
NICHOLS KASTER, PLLP
4700 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402

Attorneys for Plaintiffs
*Admitted pro hac vice

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on February 19, 2021, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notice to all attorneys of record.

<u>s/Matthew C. Helland</u>
Matthew C. Helland