---

# CULTURAL CARE, INC.
# PLAINTIFF CONSENT FORM

---

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.


Date: _02/02/2021_____    _____
                              Signature

                              Ana Beatriz Marfil da Costa
                              _____
                              Print Name

---

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**          **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**       **Fax: (612) 215-6870**
                                 **Email: forms@nka.com**
                                 **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                 **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM

_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.


Date: 02/02/2021
_____     _____
                            Signature

                            Ana Nazario
                            _____
                            Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**      **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**   **Fax: (612) 215-6870**
                             **Email: forms@nka.com**
                             **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                             **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM

_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: _____          02/05/2021

_____
Signature   *Andressa P Paganella*

Andressa Petry Paganella
_____
Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**          **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**        **Fax: (612) 215-6870**
                                  **Email: forms@nka.com**
                                  **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                  **Web:  www.nka.com**

---

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM

---

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/18/2021
_____

*Bárbara Horrana da Costa*
_____
Signature

Bárbara Horrana da Costa
_____
Print Name

---

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**        **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**      **Fax: (612) 215-6870**
                                **Email: forms@nka.com**
                                **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM

_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: ___02/18/2021___

*Barbara Nehls*

_____
Signature

Barbara Isabella Moura Nehls
_____
Print Name

_____

<u>**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**</u>

[BLACK REDACTED BLOCK]

**Return this form by**        **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**      **Fax: (612) 215-6870**
                                **Email: forms@nka.com**
                                **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                **Web:  www.nka.com**

# CULTURAL CARE, INC.
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/02/2021
_____

_____
Signature

Bruna Karoline Lacerda Costa
_____
Print Name

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**          **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**        **Fax: (612) 215-6870**
                                  **Email: forms@nka.com**
                                  **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                  **Web:  www.nka.com**

---

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM

---

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/02/2021
_____

*Bruna Nicolau*
_____
Signature

Bruna SIlva Nicolau
_____
Print Name

---

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**          **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**       **Fax: (612) 215-6870**
                                 **Email: forms@nka.com**
                                 **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                 **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM
_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.


Date: 02/19/2021
_____

_____
Signature

Brunna Mesquita Hubach da Silva
_____
Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**  **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**  **Fax: (612) 215-6870**
**Email: forms@nka.com**
**Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
**Web:  www.nka.com**

_____

# CULTURAL CARE, INC.
# PLAINTIFF CONSENT FORM

_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date:  02/04/2021
_____

_____
Signature

Camila Camargo de Sousa
_____
Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**            **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**         **Fax: (612) 215-6870**
                                   **Email: forms@nka.com**
                                   **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                   **Web:  www.nka.com**

_____

# CULTURAL CARE, INC.
# PLAINTIFF CONSENT FORM

_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.


Date: _02/03/2021_____        _Carolina de Azevedo_____
                                 Signature

                                 Carolina de Azevedo
                                 _____
                                 Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**       **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**    **Fax: (612) 215-6870**
                              **Email: forms@nka.com**
                              **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                              **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM
_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: ___02/03/2021___        _____
                              Signature

                              Celso Heinrich Ferreira da Silva
                              _____
                              Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**        **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**      **Fax: (612) 215-6870**
                               **Email: forms@nka.com**
                               **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                               **Web:  www.nka.com**

---

# CULTURAL CARE, INC.
# PLAINTIFF CONSENT FORM

---

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/03/2021
_____

_____
Signature

Cinthya Ekatherina Teheran Roncancio
_____
Print Name

---

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**       **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**      **Fax: (612) 215-6870**
                                **Email: forms@nka.com**
                                **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                **Web:  www.nka.com**

---

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM

---

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/02/2021

_____
Signature

Daiana Gomes
_____
Print Name

---

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**     **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**     **Fax: (612) 215-6870**
**Email: forms@nka.com**
**Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
**Web:  www.nka.com**

---

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM

---

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.


Date: 02/02/2021 _____    _____
Signature

Denise Rodrigues da Silva
_____
Print Name

---

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**        **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**      **Fax: (612) 215-6870**
                                **Email: forms@nka.com**
                                **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM

_____

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.


Date: __02/04/2021__

Signature: _Diogo Araujo Fagundes_

Print Name: Diogo Araujo Fagundes

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

[REDACTED]

**Return this form by**          **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**       **Fax: (612) 215-6870**
                                 **Email: forms@nka.com**
                                 **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                 **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM
_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/04/2021 _____

_____
Signature

Fernanda Melo Felizardo
_____
Print Name

_____
**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**
**fax, email or mail to:**

**Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**Fax: (612) 215-6870**
**Email: forms@nka.com**
**Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
**Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM
_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.


Date:  02/17/2021
_____          _____
                                 Signature

                                 Gabriela Cavalheiro Mendes
                                 _____
                                 Print Name

_____
**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**     **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**  **Fax: (612) 215-6870**
                            **Email: forms@nka.com**
                            **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                            **Web:  www.nka.com**

_____

# CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM
_____

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: __02/02/2021_____

_____
Signature

Gabriela Macedo
_____
Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**     **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**    **Fax: (612) 215-6870**
                **Email: forms@nka.com**
                **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                **Web:  www.nka.com**

_____

# CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM
_____

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/02/2021
_____

_____
Signature

Gabriele Roesler
_____
Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**      **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**    **Fax: (612) 215-6870**
                             **Email: forms@nka.com**
                             **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                             **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM
_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.


Date: _____    02/04/2021

        _____
        Signature

        Ingrid Kelley Rodrigues Maia
        _____
        Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**      **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**   **Fax: (612) 215-6870**
                             **Email: forms@nka.com**
                             **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                             **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM
_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/04/2021
_____

_____
Signature

Isabella Diez Correa Longerbeam
_____
Print Name

_____

**Information Below Will Be Redacted in Filings with the Court. Please Print or Type.**

**Return this form by**     **Nichols Kaster, PLLP, Attn: Matthew C. Helland**
**fax, email or mail to:**   **Fax: (612) 215-6870**
                             **Email: forms@nka.com**
                             **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                             **Web: www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM

_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/04/2021
_____

_____
Signature

Isabella Sinofzik Carvalho Duarte
_____
Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**          **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**        **Fax: (612) 215-6870**
                                  **Email: forms@nka.com**
                                  **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                  **Web:  www.nka.com**

# CULTURAL CARE, INC.
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/02/2021
_____

_____
Signature

Jessica Vieira mota
_____
Print Name

**Information Below Will Be Redacted in Filings with the Court. Please Print or Type.**

**Return this form by**  **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**  **Fax: (612) 215-6870**
      **Email: forms@nka.com**
      **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
      **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM

_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/05/2021
_____

_____
Signature

Jessiele Silva
_____
Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

| Return this form by | Nichols Kaster, PLLP, Attn:  Matthew C. Helland |
|---|---|
| fax, email or mail to: | Fax: (612) 215-6870 |
| | Email: forms@nka.com |
| | Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402 |
| | Web:  www.nka.com |

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM

_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/04/2021
_____

*Johana Fonseca Ramírez*
_____
Signature

Johana Fonseca Ramírez
_____
Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**          **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**        **Fax: (612) 215-6870**
                                  **Email: forms@nka.com**
                                  **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                  **Web:  www.nka.com**

---

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM

---

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.



Date: _02/03/2021_

_____
Signature

Julia Janotti das Neves
_____
Print Name

---

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**     **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**    **Fax: (612) 215-6870**
**Email: forms@nka.com**
**Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
**Web:  www.nka.com**

_____

# CULTURAL CARE, INC.
# PLAINTIFF CONSENT FORM

_____

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/04/2021
_____       _____
                               Signature

                               Julia Paduano Zanona
                               _____
                               Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

[REDACTED]

**Return this form by**          **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**       **Fax: (612) 215-6870**
                                 **Email: forms@nka.com**
                                 **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                 **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM
_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.


Date:  02/04/2021
_____     _____
                      Signature

                      Juliana de Almeida Silva
                      _____
                      Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**      **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**   **Fax: (612) 215-6870**
                             **Email: forms@nka.com**
                             **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                             **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM

_____

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/19/2021
_____

_____
Signature

Juliana Guedes da Silva
_____
Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**          **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**        **Fax: (612) 215-6870**
                                  **Email: forms@nka.com**
                                  **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                  **Web:  www.nka.com**

_____

# CULTURAL CARE, INC.
# PLAINTIFF CONSENT FORM
_____

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/05/2021
_____

*Juliane N dos Santos*
_____
Signature

Juliane Nascimento dos Santos
_____
Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**          **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**       **Fax: (612) 215-6870**
                                 **Email: forms@nka.com**
                                 **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                 **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM

_____

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/05/2021
_____

*Julliane reis goiabeira*
_____
Signature

Julliane Reis Goiabeira
_____
Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**



**Return this form by**          **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**       **Fax: (612) 215-6870**
                                 **Email: forms@nka.com**
                                 **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                 **Web:  www.nka.com**

---

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM

---

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.


Date: 02/03/2021 _____    _____
                                                Signature

                                                Kamilla Guimaraes de Oliveira
                                                _____
                                                Print Name

---

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**          **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**        **Fax: (612) 215-6870**
                                  **Email: forms@nka.com**
                                  **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                  **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM
_____

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.



Date:   02/02/2021
_____    _____
                                   Signature

                                   Karina Natercia Ribeiro Martins
                                   _____
                                   Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**        **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**     **Fax: (612) 215-6870**
                               **Email: forms@nka.com**
                               **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                               **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM
_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date:  02/05/2021
_____

_Laura Castro Simão e Silva_
_____
Signature

Laura Castro Simão e Silva
_____
Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**     **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**   **Fax: (612) 215-6870**
                **Email: forms@nka.com**
                **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM
_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.


Date:  02/04/2021
_____          _____
                                 Signature

                                 Letícia Almeida
                                 _____
                                 Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**          **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**       **Fax: (612) 215-6870**
                                 **Email: forms@nka.com**
                                 **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                 **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM

_____

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date:  02/02/2021
_____        _____
                          Signature

                          Leticia dos Reis Darcie
                          _____
                          Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**       **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**     **Fax: (612) 215-6870**
                               **Email: forms@nka.com**
                               **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                               **Web:  www.nka.com**

_____

# CULTURAL CARE, INC.
# PLAINTIFF CONSENT FORM
_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/05/2021
_____

_____
Signature

Maitê Henrique de Faria
_____
Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**          **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**       **Fax: (612) 215-6870**
                                 **Email: forms@nka.com**
                                 **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                 **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM
_____

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.


Date:  02/04/2021
_____        _____
                               Signature

                               Mayara Rangel Aramha
                               _____
                               Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**


**Return this form by**      **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**    **Fax: (612) 215-6870**
                             **Email: forms@nka.com**
                             **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                             **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM
_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/04/2021
_____

_____
Signature

Natalia Botti Santarelli
_____
Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**        **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**     **Fax: (612) 215-6870**
                               **Email: forms@nka.com**
                               **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                               **Web:  www.nka.com**

---

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM

---

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/02/2021 _____

_____ 
Signature

Natália Fogaça de Medeiros
_____
Print Name

---

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**          **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**        **Fax: (612) 215-6870**
                                  **Email: forms@nka.com**
                                  **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                  **Web:  www.nka.com**

_____

# CULTURAL CARE, INC.
# PLAINTIFF CONSENT FORM

_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/05/2021
_____

_____
Signature

Priscila Silva Guiráo
_____
Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**        **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**      **Fax: (612) 215-6870**
                                **Email: forms@nka.com**
                                **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM
_____

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.


Date: 02/03/2021
_____

_____
Signature

queila fernanda ribeiro
_____
Print Name

_____
**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**      **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**    **Fax: (612) 215-6870**
                             **Email: forms@nka.com**
                             **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                             **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM
_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: ___02/19/2021_____          _____Sarah Aleixo_____
                                       Signature

                                       Sarah aleixo da silva
                                       _____
                                       Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**         **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**       **Fax: (612) 215-6870**
                                 **Email: forms@nka.com**
                                 **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                 **Web:  www.nka.com**

_____

# CULTURAL CARE, INC.
# PLAINTIFF CONSENT FORM
_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.



Date: 02/05/2021
_____          _____
                                                 Signature

                                                 STEFANI LOPES PEREIRA
                                                 _____
                                                 Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**          **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**       **Fax: (612) 215-6870**
                                 **Email: forms@nka.com**
                                 **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                 **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM

_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.


Date: ___02/04/2021_____        _____
                                      Signature

                                      Suellen Priscila de Andrade Lima
                                      _____
                                      Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

████████████████████████████████████████████████████████████████████████

**Return this form by**        **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**      **Fax: (612) 215-6870**
                                **Email: forms@nka.com**
                                **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                **Web:  www.nka.com**

_____

# CULTURAL CARE, INC.
# PLAINTIFF CONSENT FORM

_____

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: _02/02/2021_____        ____Thais Chiara_____
                                       Signature

                                       Thais Fernandes Chiara
                                       _____
                                       Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**        **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**     **Fax: (612) 215-6870**
                               **Email: forms@nka.com**
                               **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                               **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM
_____

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/05/2021
_____

Signature _____
*Thais G. F. de Souza*

Thais Goncalves Ferreira de Souza
_____
Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**          **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**        **Fax: (612) 215-6870**
                                  **Email: forms@nka.com**
                                  **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                  **Web:  www.nka.com**

---

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM

---

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.



Date:    02/04/2021
_____        _____
                                 Signature

                                 Valeria Romero Vargas
                                 _____
                                 Print Name

---

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**        **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**     **Fax: (612) 215-6870**
                               **Email: forms@nka.com**
                               **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                               **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM

_____

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/02/2021
_____

_____
Signature

Vanessa de oliveira Alcantara
_____
Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**       **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**    **Fax: (612) 215-6870**
                             **Email: forms@nka.com**
                             **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                             **Web:  www.nka.com**

_____

## CULTURAL CARE, INC.
## PLAINTIFF CONSENT FORM

_____

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Cultural Care, Inc. ("Defendant") and any other related entities or affiliates, to recover overtime and/or minimum wage pay.

2. During the past three years, there were times when I worked over 40 hours per week for Defendant as an au pair and did not receive proper compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Defendant, and any other related entities or affiliates.

Date: 02/03/2021
_____

_____
Signature

Veronica Camila Ribeiro Pollock
_____
Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

**Return this form by**      **Nichols Kaster, PLLP, Attn:  Matthew C. Helland**
**fax, email or mail to:**     **Fax: (612) 215-6870**
                **Email: forms@nka.com**
                **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                **Web:  www.nka.com**