| | |
|---|---|
| KAREN MORALES POSADA, AMANDA SARMENTO FERREIRA GUIMARAES, WILLIANA ROCHA, and SARA BARRIENTOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CULTURAL CARE, INC., a Massachusetts Corporation,<br><br>Defendant. | Civil Action No. 1:20-cv-11862<br><br>**ORAL ARGUMENT REQUESTED** |

### PLAINTIFFS' MOTION TO CERTIFY A COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) AND ISSUE NOTICE TO THE PROPOSED COLLECTIVE

Plaintiffs Karen Morales Posada, Amanda Sarmento Ferreira Guimaraes, Williana Rocha, and Sara Barrientos, ("Plaintiffs"), individually and on behalf of all others similarly situated, hereby move, pursuant to 29 U.S.C. § 216(b), for an order conditionally certifying this matter as a collective action and authorizing distribution of notice to the collective. Specifically, Plaintiffs request certification of the following collective:

> All individuals who were sponsored by Cultural Care and worked as J-1 visa au pairs during any portion of the period commencing three years prior to the filing of this action through the entry of final judgment in this action.

Plaintiffs further request that the Court:

1. Order Cultural Care to provide a list of all *au pairs* that are members of the collective, including each au pair's email addresses, cell phone numbers, and dates and locations of employment;

1

2. Order that Cultural Care provide the information within 14 days of an Order granting this Motion;

3. Authorize Plaintiffs to provide notice in form submitted to all *au pairs* identified by Cultural Care by e-mail, text message, and social media advertising;

4. Order a 90 day opt-in period to begin on the date that the Notice is sent for each member of the collective to opt into the case; and

5. Authorize a reminder notice to be sent by email and text message, 45 days into the opt-in period.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs respectfully request oral argument in connection with this motion.

Dated: May 12, 2021

Respectfully Submitted,

By: s/Matthew C. Helland

DAVID H. SELIGMAN
ALEXANDER N. HOOD*
TOWARDS JUSTICE
PO Box 371680
PMB 44465
Denver, Colorado 80237-5680
Ph: (720) 441-2236
David@TowardsJustice.org

PETER RUKIN*
RUKIN HYLAND & RIGGIN LLP
1939 Harrison Street, Suite 290
Oakland, CA 94612

MATTHEW C. HELLAND*
NICHOLS KASTER, LLP
235 Montgomery Street, Suite 810
San Francisco, CA 94104

H. CLARA COLEMAN*
NICHOLS KASTER, PLLP
4700 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402

Attorneys for Plaintiffs
*Admitted pro hac vice*

## LOCAL RULE 7.1 CERTIFICATION

I certify that Plaintiffs have complied with the provisions of Local Rule 7.1 by conferring with counsel for Defendant on May 11, 2021. The parties were unable to agree with respect to Plaintiff's motion, and are thus at an impasse and require the Court's assistance to resolve the dispute.

Dated May 12, 2021                                        s/Matthew C. Helland
                                                                   Matthew C. Helland

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants as indicated on the NEF.

Dated May 12, 2021                                        s/Matthew C. Helland
                                                                    Matthew C. Helland