UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN MORALES POSADA, AMANDA SARMENTO FERREIRA GUIMARAES, WILLIANA ROCHA, and SARA BARRIENTOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CULTURAL CARE, INC., a Massachusetts Corporation,<br><br>Defendant. | No. 1:20-CV-11862-IT<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT'S MOTION TO STRIKE PLAINTIFFS'
PRE-CERTIFICATION CONSENTS**

Defendant Cultural Care, Inc. respectfully moves to strike all consents to sue from opt-in plaintiffs filed with the Court by Plaintiffs in the above-captioned action. *See, e.g.*, Notices of Filing of Consent to Sue (Dkt. Nos. 32-42, 44-50, 53-65, 69, 72-77, 79-82, 84, 87-97, 101, 103, 105-111). Defendant respectfully requests that the Court grant this motion for the reasons stated in the accompanying memorandum of law and: (1) strike the opt-in plaintiffs' consents without prejudice to re-filing if and when the Court conditionally certifies a FLSA collective and approves notice and consent forms to join such collective; and (2) order Plaintiffs' counsel to cease soliciting opt-in plaintiff consent to sue forms based on their website or otherwise, and to only do so in accordance with any notice requirements approved by the Court if a collective is conditionally certified.

**REQUEST FOR ORAL ARGUMENT**

Defendant respectfully requests oral argument in connection with this motion.

Dated: June 9, 2021

      Boston, Massachusetts

            Respectfully submitted,

            CULTURAL CARE, INC.,

            By its attorneys,

            */s/ Harvey J. Wolkoff*
            Harvey J. Wolkoff (BBO #532880)
            Matthew Mazzotta (BBO #679230)
            Gavin Frisch (BBO #704216)
            Quinn Emanuel Urquhart & Sullivan LLP
            111 Huntington Ave., Suite 520
            Boston, MA 02199-3600
            harveywolkoff@quinnemanuel.com
            matthewmazzotta@quinnemanuel.com
            gavinfrisch@quinnemanuel.com
            Tel: (617) 712-7100

## **LOCAL RULE 7.1 CERTIFICATION**

I certify that Defendant has complied with the provisions of Local Rule 7.1 by conferring with counsel for Plaintiffs on June 9, 2021. The parties were unable to agree with respect Defendant's motion, and are thus at an impasse and require the Court's assistance to resolve the dispute.

Dated:  June 9, 2021

            */s/Harvey J. Wolkoff*
            Harvey J. Wolkoff

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed today through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent by U.S. Mail to those indicated as non-registered participants on June 9, 2021.

Dated:  June 9, 2021

            */s/Harvey J. Wolkoff*
            Harvey J. Wolkoff