# Exhibit 1



| About | Careers | News & Articles |

Practice Areas | Our People | Cases | Investigations | Results | Contact

877.448.0492 | intake@nka.com

Cases | Employment Cases | Cultural Care, Inc.



EMPLOYMENT

# Cultural Care, Inc.

Morales Posada v Cultural Care, Inc, Case No. 1:20-cv-11862

On October 15, 2020, an au-pair who worked through Cultural Care, Inc. initiated a lawsuit alleging that Cultural Care is liable, as an employer of au pairs, for failing to pay minimum wages and overtime pay under various state and federal wage and hour laws, and for failing to provide au pairs with proper wage statements containing required information about pay, hours, and deductions. The Complaint also alleges that Cultural Care deceives host families

**Attorneys**

Matthew C. Helland

Clara Coleman

**Staff**

Katy Brooks

Kayla Stender

**Type of Case**

Minimum wage/Unpaid Overtime

**Share**

by failing to inform host families that the stipend it tells them to pay au pairs results in violations of state and federal wage and hour laws.

The lawsuit is filed as a putative collective action under the federal Fair Labor Standards Act, a wage and hour class action under California, Illinois, New Jersey, and New York state laws, and a deceptive trade practices class action under

New York, Illinois, New Jersey, Connecticut, and Washington state laws. The action seeks to recover for au pairs their unpaid wages within the applicable statutes of limitation, an award of liquidated (double) damages, and other penalties and interest.

**JOIN THE CASE**

**UPDATE CONTACT INFO**

| Eligibility | Additional Information | Case Updates |

## Am I eligible?

You are eligible to participate in this case as an FLSA opt-in Plaintiff if you worked for Cultural Care, Inc as an au pair at any time within the past three years. The time period covering state law classes may be longer.

If you were a part of the au pair class action Beltran, et al. v. InterExchange, Inc., et al., your ability to participate may depend on your circumstances. If you are in that situation you can contact us to discuss your options.

The information you obtain at this site is not, nor is it intended to be, legal advice. You should consult an attorney for advice regarding your individual situation. We invite you to contact us and welcome your calls, letters and electronic mail. Contacting us does not create an attorney-client relationship. Please do not send any confidential information to us until such time as an attorney-client relationship has been established. Read full Disclaimer.