# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN MORALES POSADA, AMANDA SARMENTO FERREIRA GUIMARAES, WILLIANA ROCHA, and SARA BARRIENTOS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CULTURAL CARE, INC., a Massachusetts Corporation, <br><br> Defendant. | Civil Action No. 1:20-cv-11862 |

### PLAINTIFFS' CONSENTED-TO MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO CERTIFY A COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) AND ISSUE NOTICE TO THE PROPOSED CLASS

Pursuant to Local Rule 7.1(b)(3), Plaintiffs Karen Morales Posada, Amanda Sarmento Ferreira Guimaraes, Williana Rocha, and Sara Barrientos, individually and on behalf of others similarly situated, ("together Plaintiffs"), hereby respectfully move this Court for leave to file a Reply memorandum ("Reply") in support of their Motion to Certify a Collective Action (Dkt No. 99.) The proposed Reply, attached hereto as Exhibit A, responds to new legal arguments raised in Defendant's Opposition.

In its Opposition Defendant argued that Plaintiffs' motion is premature, and that Defendant's merits-based defenses should be decided prior to conditional certification. Plaintiffs should be afforded the opportunity to address these arguments, along with Defendant's attempt to limit the collective based on the allegation that Plaintiffs insufficiently alleged willfulness. Finally, Plaintiffs should be afforded the opportunity to address Defendant's proposed alterations of the

requested notice. For these reasons, Plaintiffs respectfully request that the Court grant leave to file the attached Reply.

Defendant consents to this motion and the filing of Plaintiffs' proposed Reply.

Respectfully Submitted,

By: s/Matthew C. Helland

DAVID H. SELIGMAN
ALEXANDER N. HOOD*
TOWARDS JUSTICE
PO Box 371680
PMB 44465
Denver, Colorado 80237-5680
Ph: (720) 441-2236
David@TowardsJustice.org

PETER RUKIN*
RUKIN HYLAND & RIGGIN LLP
1939 Harrison Street, Suite 290
Oakland, CA 94612

MATTHEW C. HELLAND*
NICHOLS KASTER, LLP
235 Montgomery Street, Suite 810
San Francisco, CA 94104

H. CLARA COLEMAN*
NICHOLS KASTER, PLLP
4700 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402

Attorneys for Plaintiffs
*Admitted pro hac vice

*Attorneys for Plaintiffs*

## RULE 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for Plaintiffs conferred with counsel for Defendant in good faith to resolve or narrow the issues presented in this Motion. Counsel for Defendant do not oppose this Motion.

By: s/ *Matthew C. Helland*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above pleading was electronically served upon the attorneys of record for all parties on July 16, 2021.

By: *s/ Matthew C. Helland*