**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KAREN MORALES POSADA, AMANDA SARMENTO FERREIRA GUIMARAES, WILLIANA ROCHA, and SARA BARRIENTOS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>CULTURAL CARE, INC.,<br><br>        Defendant. | No. 1:20-cv-11862-IT |

**DEFENDANT'S MOTION FOR ENTRY OF A STAY PENDING APPEAL**
**PRIOR TO THE CONFERENCE ON NOVEMBER 5, 2021**

Defendant Cultural Care, Inc. respectfully moves for an entry of a stay pending appeal prior to the conference scheduled for November 5, 2021. Specifically, Defendant respectfully requests that the Court stay all further proceedings in this action, including responsive pleadings, discovery, and the scheduling conference currently scheduled for November 5, 2021, pending resolution of its appeal to the United States Circuit Court of Appeals for the First Circuit. Defendant requests that the Court grant this motion for the reasons stated in the accompanying memorandum of law.

Dated: October 20, 2021
       Boston, Massachusetts

                          Respectfully submitted,

                          CULTURAL CARE, INC.,

                          By its attorneys,

                          /s/ *Harvey J. Wolkoff*
                          Harvey J. Wolkoff (BBO #532880)
                          Matthew Mazzotta (BBO #679230)
                          Gavin S. Frisch (BBO #704216)
                          QUINN EMANUEL URQUHART &
                          SULLIVAN, LLP
                          111 Huntington Avenue, Suite 520
                          Boston, MA 02199
                          Tel: (617) 712-7100
                          harveywolkoff@quinnemanuel.com
                          matthewmazzotta@quinnemanuel.com
                          gavinfrisch@quinnemanuel.com

## **LOCAL RULE 7.1 CERTIFICATION**

     I certify that Defendant complied with the provisions of Local Rule 7.1 by conferring with counsel for Plaintiffs prior to filing this motion.  The parties were unable to agree with respect Defendant's motion, and are thus at an impasse and require the Court's assistance to resolve the dispute.

Dated:  October 20, 2021                           /s/ *Matthew Mazzotta*
                                                    Matthew Mazzotta

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the above document was filed on October 20, 2021 through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  October 20, 2021                           /s/ *Matthew Mazzotta*
                                                    Matthew Mazzotta