# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

KAREN MORALES POSADA, AMANDA SARMENTO FERREIRA GUIMARAES, WILLIANA ROCHA, and SARA BARRIENTOS, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

CULTURAL CARE, INC., a Massachusetts Corporation,

    Defendant.

Civil Action No. 1:20-cv-11862

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF A STAY AND TOLLING FLSA STATUTE OF LIMITATIONS

Having considered Defendant's Motion for Entry of a Stay (Oct. 20, 2021) (Dkt. No. 156) and the Parties' Joint Stipulation (Nov. 3, 2021), IT IS HEREBY ORDERED that:

1. The hearing on November 5, 2021 is TAKEN OFF THE COURT'S CALENDAR;

2. This action is STAYED pending resolution of Defendant's appeal; and

3. As agreed by the Parties, the statute of limitations applicable to the FLSA claims of putative collective action class members shall be tolled from the date of this Order until the elapse of two weeks from the date that the First Circuit resolves Defendant's appeal or the stay is lifted, whichever is shorter.

**IT IS SO ORDERED** on this 4th day of November, 2021.

_____
**United States District Judge**