IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAREN MORALES POSADA, AMANDA
SARMENTO FERREIRA GUIMARAES,
WILLIANA ROCHA, and SARA
BARRIENTOS, individually and on behalf of
all others similarly situated,

        Plaintiffs,

v.

CULTURAL CARE, INC.,

        Defendant.

No. 1:20-cv-11862-IT

## DECLARATION OF NATALIE JORDAN

I, Natalie Jordan, hereby declare, under penalty of perjury, as follows:

1. I am Senior Vice President at Cultural Care, Inc. I am part of the senior management of the organization and specifically oversee the Government Relations department including regulatory compliance. I am familiar with the agreements that au pairs who are sponsored by Cultural Care sign as a condition of their admission to participate in the au pair program and with Cultural Care's maintenance of records as it pertains to such agreements.

2. I have personal knowledge of the facts presented in this Declaration and, if called as a witness, I could and would testify competently to these matters.

3. Cultural Care ("CCI") is designated by the United States State Department ("DOS") as a sponsor of its cultural exchange J-1 visa Au Pair Program ("Program"). In order to screen and select foreign nationals who want to participate in the Program, CCI works with an international affiliate, International Care Ltd. ("ICL").

1

4. ICL is a Switzerland-based company that provides a variety of services to CCI, including the identification, screening, and preparation of prospective au pairs that is required by DOS regulations. ICL screens prospective au pairs before CCI facilitates the matching process through which au pairs and host families meet and ultimately decide to pair under the Program. CCI then oversees the au pairs' participation in the Program in the United States as directed by DOS regulations and guidance. Once the au pairs arrive in the United States, CCI is responsible for the au pair training outlined in DOS regulations, monitoring au pair wellbeing, and monitoring host-family and au pair compliance with DOS regulations.

5. Before 2023, once an au pair was selected for participation in the Program, they would enter into an agreement with ICL (referred to as "Cultural Care" or "CC" throughout the agreement), called the "Cultural Care Au Pair Agreement."

6. All au pairs who were selected for sponsorship by CCI between the period January 1, 2018 through December 31, 2022 signed a Cultural Care Au Pair Agreement. The contents of the Cultural Care Au Pair Agreement did not change in material ways during this time period. Each au pair signed a Cultural Care Au Pair Agreement containing an identical arbitration clause, which reads: "This Agreement shall take effect as a sealed instrument under and shall be governed by the laws of Switzerland. In the event of any claim, dispute, or proceeding arising out of the relationship of me and CC, or any claim which in contract, tort, or otherwise at law or in equity arises between the parties, whether or not related to this Agreement, the parties submit and consent to the exclusive jurisdiction and venue of the arbitrational tribunals of Switzerland."

7. Karen Morales Posada, Amanda Sarmento Ferreira Guimaraes, Williana Rocha, and Sara Barrientos, au pairs who participated in the Program, all signed Cultural Care Au Pair Agreements with this arbitration clause.

8. Attached as Exhibit A is a true and correct copy of Karen Morales Posada's Agreement signed Cultural Care Au Pair Agreement, dated August 27, 2018.

9. Attached as Exhibit B is a true and correct copy of Amanda Sarmento Ferreira Guimaraes's signed Cultural Care Au Pair Agreement, dated November 20, 2017.

10. Attached as Exhibit C is a true and correct copy of Williana Rocha's Agreement signed Cultural Care Au Pair Agreement, dated October 16, 2019.

11. Attached as Exhibit D is a true and correct copy of Sara Barrientos's Agreement signed Cultural Care Au Pair Agreement, dated May 3, 2018.

12. Starting in 2023, in addition to signing agreements with ICL, all au pairs selected for sponsorship also entered into Au Pair Program Participation Agreements with CCI. Every au pair selected to participate in the Program and beginning their placement with a host family in the United States in 2023 has signed an identical Au Pair Program Participation Agreement.

13. Attached as Exhibit E is a true and correct copy of an example of a 2023 Au Pair Program Participation Agreement.

14. The 2023 Au Pair Program Participation Agreements each contain identical provisions concerning arbitration in paragraphs 26 through 28.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on this 18th day of August, 2023, at Cambridge, Massachusetts.

Natalie Jordan

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was filed on August 18, 2023 through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: August 18, 2023  /s/ *Harvey J. Wolkoff*
Harvey J. Wolkoff