# EXHIBIT E



## Au Pair Program Participation Agreement

This Au Pair Program Participation Agreement is between Cultural Care, Inc., located at One Education Street, Cambridge, MA 02141 ("CCI") and the individual named below ("Au Pair") who has decided to participate in the U.S. State Department's au pair exchange program (the "Au Pair Program").

**U.S. Department of State Regulations**

1. I acknowledge and understand that the Au Pair Program is regulated by the U.S. State Department as an international cultural and educational exchange. I have been provided with and read the U.S. State Department's regulations that govern my participation in the program (the "Regulations") (22 C.F.R. Part 62) along with CCI's program rules implementing the Regulations prior to my decision to participate in the Au Pair Program. A summary of the Regulations and program rules along with a copy of the current Regulations is included here at Appendix A.

2. I agree to comply with the Regulations and CCI's program rules implementing the Regulations throughout my initial program term and any extension term, including but not limited to participating in the required child safety and child development training, fulfilling the educational component, abiding by the daily and weekly limits on childcare, not pursuing paid employment outside of the Au Pair Program, and participating in the required monthly contacts with my Local Childcare Consultant ("LCC").

3. I understand that under the Regulations, any failure to comply with the Regulations or CCI's program rules implementing the Regulations may render me ineligible to continue participating in the Au Pair Program and require me to return to my home country prior to the scheduled end of my current program term.

**Role of Cultural Care, Inc. as Program Sponsor**

4. I acknowledge and understand that CCI is a U.S. State Department designated sponsor of the Au Pair Program. As an Au Pair Program sponsor, I understand that the U.S. State Department has delegated certain responsibilities to CCI related to the administration and oversight of the Au Pair Program, including enforcement of the Regulations.

5. I understand that my relationship with CCI is that of an exchange visitor voluntarily participating in the Au Pair Program sponsored by CCI. CCI's role as my exchange program sponsor begins with my arrival in the United States and ends with the conclusion of my program term(s).

6. I acknowledge and understand that I did not make any program fee payment to CCI related to my decision to enroll in the Au Pair Program. Any program fee paid by me related to my enrollment in the program was made to International Care, Ltd. located in Zurich, Switzerland, which is a separate and distinct company from CCI and that provided me recruiting, screening, and other pre-departure services.

7. CCI's role as an Au Pair Program sponsor is to support my health, safety, and welfare during my program term(s). I agree to notify my LCC immediately in the event of: (i) any violation of the Regulations by me or my host family; (ii) any incident or other concern related to my health, safety, or welfare; (iii) any incident related to local law enforcement; or (iv) any other issue that could affect my ability to continue my participation in the Au Pair Program or my immigration status under my temporary J-1 exchange visa, including any change in the location of my participation in the exchange. I acknowledge that in addition to my LCC, I can contact and report any violation of the Regulations or any other issue with respect to my host family placement or the Au Pair Program to the U.S. State Department's Bureau of Educational and Cultural Affairs at 1-866-283-9090 or jvisas@state.gov or to CCI's central offices in the U.S. at 1-800-333-6056 or aupair@culturalcare.com.

**Cultural Care Au Pair**
One Education Street
Cambridge, MA 02141

T: 800-333-6056
F: 617-619-1101
**culturalcare.com**



8.  I understand and acknowledge that CCI is my program sponsor and not my "employer" or "joint employer" during my program term(s), and I am not an employee of CCI.  I understand and acknowledge that I will neither provide services to nor receive or expect to receive any payment from CCI during my program term(s) under any circumstances.  I understand and agree that CCI will not control any aspects of or conditions related to the childcare services that I provide to my chosen host family, except to ensure to the best of CCI's knowledge and through reasonable efforts that my host family and I each follow the Regulations and any CCI program rules implementing those Regulations.

9.  I understand and acknowledge that CCI has no control over or ability to end my program term early unless (i) I become ineligible either for my J-1 Visa or for further participation in the Au Pair Program; (ii) I violate the Regulations or CCI's program rules that implement those Regulations; (iii) my continued participation with my host family or in the Au Pair Program threatens my or my host family's health, safety, or welfare; (iv) I have committed or participated in an incident that could be expected to bring the U.S. Department of State, CCI, or the Au Pair Program into notoriety or disrepute; (v) no acceptable host family is available or willing to match with me during a transition; or (vi) my continued participation with my host family or in the Au Pair Program could threaten CCI's designation as a sponsor or CCI's compliance with its requirements as an Au Pair Program sponsor.

10. I understand and acknowledge that if I choose to cancel my participation in the Au Pair Program prematurely or otherwise become ineligible to participate then I will be responsible for the cost associated with making my travel arrangements to return to my home country.

11. I understand and acknowledge that if I attend the training required by the Regulations through a CCI-operated program, that I shall comply with all of the training program policies and all instructions and directives by the CCI staff in implementing the Regulations.

12. I understand and acknowledge that it is my responsibility to investigate and comply with any federal or state income tax obligations that may apply.  I understand that CCI does not provide legal or income tax advice regarding any such laws and is not responsible for informing me or overseeing compliance with any such income tax laws, which may vary from state to state and with my particular circumstances.

**Role of My Host Family**

13. I acknowledge that I have made the voluntary choice to participate in the Au Pair Program and I am solely responsible for my choice of host family.  CCI makes potential host families available to me for my review and evaluation but has no role in my decision to match with a particular host family.

14. I understand and acknowledge that CCI has no role in negotiating, setting, or providing the weekly stipend amounts that I will receive from my host family, except to monitor compliance with the requirements of the Regulations.  I understand that the responsibility to provide me with a weekly stipend that complies with the Regulations is solely the responsibility of my host family and not of CCI directly or indirectly, and I agree to notify my LCC immediately if I fail to receive an agreed upon stipend that complies with the Regulations at any time during my program term(s).  I further acknowledge that I am free to discuss and agree with my host family to a weekly stipend that exceeds the minimum amount required by the Regulations, provided that it is not in exchange for exceeding the Regulation's daily or weekly limits on the childcare hours I can provide or for tasks that are unrelated to the care of my host family's children and are thus not permitted by the Regulations.  I acknowledge and agree that CCI has no obligation and is not responsible for paying me for the childcare services I provide to my host family as an au pair under any circumstances, including in the event that my host family fails to pay me at least the minimum required by the Regulations.  The obligation to pay me at least the minimum due under the Regulations shall solely be that of my host family.

15. I understand and acknowledge that CCI has no role in negotiating, setting, or scheduling the hours I will provide childcare services to my host family, except to monitor compliance with the requirements of the Regulations.  I understand that the

**Cultural Care Au Pair**
One Education Street
Cambridge, MA 02141

T: 800-333-6056
F: 617-619-1101
culturalcare.com



responsibility to ensure that I have a childcare schedule that complies with the Regulations is a shared responsibility solely between my host family and myself. CCI plays no role in that regard other than to monitor compliance with the Regulations. I agree to notify my LCC immediately if I am asked to or if I provide childcare for more than the daily or weekly limits set by the U.S. State Department in the Regulations.

**Program Terms**

16. I acknowledge and understand that CCI will provide support to me in the event that I need or wish to re-match with a new host family during my program term, but that there is no guarantee that such an opportunity will be available. If a suitable host family cannot be located or I do not choose an available host family within a two-week transition period, my program term will end, my program status will be made inactive, and I will need to return to my home country.

17. During a re-match or transition, I will, if possible, remain with my current host family while I go through the matching process to choose a new host family. It will be a shared responsibility between my current host family and me to decide whether I will provide childcare consistent with the Regulations during this transition period. I acknowledge that if I do not provide childcare to my current host family during this transition period, the Regulations do not require my host family to provide any weekly stipend. If remaining with my current host family would not be consistent with prioritizing my health, safety, or welfare, CCI will support me by helping to arrange for temporary housing either with my LCC or another LCC or through other suitable accommodations.

18. I understand that eligible au pairs may apply to extend their participation in the Au Pair Program for an additional 6, 9, or 12-month period beyond the initial 12-month term and that such an extension can be with the same or a new host family. I understand that this opportunity is available to au pairs who are in good standing with the program and have been compliant with all program rules and regulations in their first term including completion of the educational requirement by the end of the 11th month. I also understand that I will continue to be responsible for program compliance during my extension term including the completion of additional education requirements based on the length of my extension term. I understand that I may be responsible for an extension fee related to extending my J-1 visa and payable to CCI in the event I decide to extend my initial program term.

**U.S. State Department Insurance Requirements**

19. I understand and acknowledge that the Regulations require that I have at the start of my program term and maintain through my exchange experience (including any extension periods) at least the following insurance coverages: (i) medical coverage of at least USD 100,000 per accident or illness, with no more than a $500 per accident or illness deductible; (ii) coverage for up to USD 50,000 of expenses related to a medical evacuation to your home country; and (iii) coverage for up to USD 25,000 for the repatriation of remains. I further understand that the Regulations specify criteria for eligible insurance policies that may be used to meet these insurance requirements.

20. I further acknowledge and understand that the Regulations require CCI, as a designated sponsor, to confirm that I have the required coverages with a qualifying policy (or policies) as set forth in the Regulations for the full duration of my program term and any extension terms.

21. I understand that as part of my enrollment in the CCI sponsored program, I paid a program fee to International Care, Ltd., which is a policyholder for an insurance product offered by Erika Insurance, Ltd and/or Chubb Insurance (Switzerland), Ltd. As part of my enrollment, I was automatically included as a beneficiary under a group policy and have been provided insurance coverages that meet or exceed the requirements set forth in the Regulations. I have received and reviewed the insurance policy and understand that the policy includes terms, conditions, limits, and exclusions relevant to these insurance coverages. I have been advised that I am permitted to waive my participation in this group policy, but if I do I am solely responsible for securing and maintaining insurance coverages that meet or exceed the requirements in the



Regulations through a qualifying policy and that I must provide evidence of this coverage to CCI at or before the beginning of my program participation and at or before the time of any transitions or extensions.

22. I understand that the insurance coverage that has been provided as part of my program participation is not comprehensive health insurance and does have exclusions.  I have been advised that once I reside in the U.S. I may be eligible to enroll and purchase a health insurance plan through a public health insurance exchange administered by the state where my placement is located pursuant to the federal law called the Affordable Care Act ("ACA"), additional information is available at https://www.healthcare.gov/glossary/affordable-care-act/.  I understand that based on my particular circumstances I may be eligible for subsidies under these plans that could cover some or all of the expenses related to the purchase of the policy.  I also understand that I may be required to maintain health benefit coverages consistent with the ACA.  It is my sole responsibility to investigate and determine whether purchasing a policy through an ACA exchange is in my best interests or whether I would be required to obtain a health care policy to meet ACA requirements.

**General Release of Liability and Covenant Not to Sue**

23. As a condition of my participation in the Au Pair Program, I, on behalf of myself, my personal representatives, executors, heirs, and my natural family, agree to release, hold harmless, and covenant not to sue Cultural Care, Inc. and International Care, Ltd., along with its and their directors, managers, employees, representatives, shareholders, partners, agents, assigns, parents, subsidiaries, successors, and affiliates, and any associated independent contractors, including my Local Childcare Consultant(s) (collectively the "Released Parties") from and against any and all claims or causes of action, injury, damage, costs, losses, or other liabilities related to my participation in the Au Pair Program, regardless of how such claims, injury, damage, cost, loss, or liabilities may arise and regardless of whether it is in whole or in part caused by the negligence, malfeasance or nonfeasance, or misconduct of any one or more of the Released Parties.  I acknowledge and agree that this provision shall survive the expiration or termination of this Agreement.

24. I further agree to pay and remain liable for any property damage I cause, whether intentionally or by a negligent act or omission, during my program term(s) at the Cultural Care, Inc. training school (if applicable) or to property owned by my host family, Local Childcare Consultant, or any other third-party.  I understand that it is my responsibility in such a case to investigate whether any coverage in the Erika Insurance, Ltd. policy applies or to discuss with my host family whether their homeowners' insurance or other insurance policy would apply in that circumstance.  I acknowledge and agree that this provision shall survive the expiration or termination of this Agreement.

**Governing Law**

25. This Agreement (other than its arbitration provisions below) shall be governed by the substantive laws of the Commonwealth of Massachusetts, without regard to the conflict of law principles.

**Individual Arbitration, Class Action Waiver, Arbitration Choice of Law and Forum**

26. The arbitration provisions of this Agreement shall be governed by both federal arbitration laws and the arbitration laws of the state in which the Au Pair will be residing while serving as an Au Pair, except for any such arbitration law that would otherwise prohibit or bar the arbitration of a claim or dispute covered by the arbitration provisions of this Agreement. Nothing in this Agreement is intended to preclude application of applicable federal law in addition to any applicable state law.  Where a state law permits arbitration and a federal law does not, the state law shall apply.  Conversely, where a federal law permits arbitration and a state law does not, the federal law shall apply.

**Cultural Care Au Pair**
One Education Street
Cambridge, MA 02141

T: 800-333-6056
F: 617-619-1101
**culturalcare.com**



27. In connection with any claim, dispute, or proceeding arising out of or relating in any manner to this Agreement or my relationship with CCI, or any dispute or claim between me and CCI whether in contract, tort, or otherwise, or at law or in equity, whether or not related to this Agreement, the parties hereby mutually agree to submit to mandatory, final, and binding arbitration on an individual basis.  I understand that this means both CCI and I have selected arbitration as the sole and exclusive forum for the parties to sue or be sued for any and all disputes between us and not to have such disputes decided by a court or a jury.  CCI and I mutually agree that the arbitration shall be before a single arbitrator, appointed under the procedures of the Comprehensive Arbitration Rules and Procedures promulgated by JAMS (unless CCI and I mutually agree otherwise), and shall be held exclusively in Boston, Massachusetts.  The arbitration shall be conducted and administered under such Rules (currently found at https://www.jamsadr.com/rules-download/). The arbitrator (and not a court or jury) shall decide all issues in or related to any such dispute or claim including but not limited to issues regarding the scope of the arbitrator's authority, arbitration procedures, legal fees, choice of law and location of the arbitration, the unavailability of class or collective arbitration, the scope and enforceability of the release of liability, and all other issues regarding the formation, existence, application, interpretation, and implementation of this Agreement or of any issue in any dispute covered by this agreement.  Nothing in this Agreement is intended to deny or limit the jurisdiction and actions of any governmental department, agency, or other governmental body including but not limited to a law enforcement or regulatory agency.  The arbitrator's decision shall be final and binding.  CCI and I agree that any court of competent jurisdiction shall have the authority to enter a judgment upon an award made by the arbitrator or to confirm an arbitration award.  It is the intention of both CCI and myself that this arbitration clause shall not cover any dispute or matter that, by law, cannot be the subject of an arbitration agreement of this nature. CCI AND I MUTUALLY AGREE TO WAIVE ANY RIGHT TO A TRIAL BY JURY.

28. CCI AND I MUTUALLY AGREE THAT ALL COVERED DISPUTES BROUGHT AGAINST EACH OTHER SHALL BE ARBITRATED ON AN INDIVIDUAL BASIS ONLY AND NOT ARBITRATED IN A CLASS ACTION ARBITRATION, A COLLECTIVE ACTION ARBITRATION, OR ON A GROUP, REPRESENTATIVE, CONSOLIDATED, OR JOINT BASIS.  The arbitrator shall have no authority to consider or resolve any claim or issue on any basis other than an individual basis and may not consolidate or join one or more disputes with any other individual's dispute.  In the event that I may be covered by a class, collective, representative, consolidated, or joint lawsuit brought against CCI in a court or arbitration proceeding by a third party, I agree to opt-out of the proceeding.  CCI and I each agree that in any individual arbitration between us, each of us shall be solely responsible for our own attorneys' fees and expenses and shall share equally the administrative and filing fees from JAMS and the arbitrators' fees and expenses, unless the arbitrator orders otherwise in accordance with any applicable law.

**Other Terms and Conditions**

29. <u>Entire Agreement</u>.  This Agreement constitutes the entire agreement between and among myself and CCI with respect to my relationship with CCI and my participation in the Au Pair Program and supersedes all prior or contemporaneous understandings, discussions, statements, negotiations, or agreements between me and CCI, whether written or oral.  This Agreement may be amended or modified only by a subsequent written agreement signed by both parties.

30. <u>Translations Made Available</u>.  I represent and warrant that I have read and fully understand the contents of this Agreement. I am either capable of reading and understanding this Agreement in English or I have requested and received a translated copy of this Agreement in a language for which I have sufficient proficiency to understand its terms.

31. <u>Binding Effect</u>.  This Agreement shall be binding upon and shall inure to the benefit of the parties to this Agreement and their legal representatives, heirs, successors, and assigns.

**Cultural Care Au Pair**
One Education Street
Cambridge, MA 02141

T: 800-333-6056
F: 617-619-1101
**culturalcare.com**



I have read, fully understand, and accept all of the terms of this Agreement.

| | |
|---|---|
| **Au Pair Name:** _____ | **Cultural Care, Inc.** |
| Signature: _____ | By: _____ |
| Date: _____ | Signature: _____ |
| | Date: _____ |

## Appendix A

United States Department of State
Au Pair Exchange Program Regulations

The au pair program is a U.S. Department of State regulated cultural and educational exchange program.  All participants are subject to a comprehensive set of federal regulations (the "Regulations") that are published in the U.S. Code of Federal Regulation at 22. C.F.R. Part 62.  The full text can be found here https://www.ecfr.gov/current/title-22/chapter-I/subchapter-G/part-62.  The Regulations set forth your rights and obligations when participating in any federal au pair program, including the Cultural Care Au Pair program.  In addition, your sponsor, Cultural Care, Inc., has program rules that implement these Regulations.

By enrolling and participating in the Cultural Care Au Pair program, you agree to review and agree to comply with all of the Regulations and implementing program rules.  The following is a summary of important aspects of the Regulations and program rules, along with a full copy of the Regulations for you to review.

- Eligibility for the Program.  The Regulations require au pairs to meet all of the following conditions to be eligible for the au pair program:
    - Be between the ages of 18 and 26;
    - Be a secondary school (or equivalent) graduate;
    - Be proficient in spoken English;
    - Be capable of fully participating in the program as evidenced by the satisfactory completion of a physical; and
    - Have successfully passed a background investigation, which includes verification of school, three personal non-family references, a criminal background check or its recognized equivalent, and a psychometric test.

- Local Childcare Consultant Meetings.  The Regulations require that each sponsor have a local representative within a one hour's drive of your placement.  Those independent representatives for the Cultural Care Au Pair program are called Local Childcare Consultants ("LCC").  The Regulations also require that you:
    - Have monthly personal contact with your LCC throughout your program term(s), which Cultural Care Au Pair Program LCCs may offer through in person monthly events;
    - Have contact with your LCC within 48-hours of your arrival at your host family's home;
    - Have an in-person meeting with your LCC and host family within two weeks of your arrival at your host family's home.

- Educational Requirements.  The Regulations require that you:
    - Pursue not less than six semester hours of academic credit or its equivalent during program year and any extension terms (requirements for extension terms are prorated for six and nine month extensions).

**Cultural Care Au Pair**
One Education Street
Cambridge, MA 02141

T: 800-333-6056
F: 617-619-1101
**culturalcare.com**



- Receive up to $500 from your host family each program year (including any extensions) to help pay for your coursework and your host family must help facilitate your enrollment and attendance at your chosen accredited U.S. post-secondary institution.

- On Duty Hours, Tasks, and Time Off.  The Regulations limit and condition the childcare services you provide to your chosen host family in the following ways:
    - No more than 45 hours of childcare services per week;
    - No more than 10 hours of childcare services per day;
    - You and your host family must have a signed written agreement that details your obligations to provide childcare prior to your departure for the U.S., which references the daily and weekly limits on childcare hours you can provide under the Regulations;
    - You must receive at least one and one-half days off per week in addition to one complete weekend off each month;
    - You must receive two weeks of paid vacation from your host family each program year;
    - You may not be placed with a host family who has a child aged less than three months unless a host parent or other responsible adult will be present in the home;
    - You may not be placed with a host family who had a child under the age of two, unless you have at least 200 hours of document infant child experience;
    - You may not be placed with a host family who has a special needs child (as identified by the host family) unless you have specifically identified your prior experience, skill, or training in the case of special needs children and your host family has reviewed and acknowledged in writing that identified prior experience, skills, or training.

- Host Family Stipend.  The Regulations require that your chosen host family:
    - Provide you a weekly stipend for each week of your program term(s) of at least $195.75 per week.  The Regulations allow you and your host family to discuss and agree to a weekly amount that exceeds this Regulatory minimum, provided that any additional amounts not be in exchange for you provided more childcare than the Regulation's daily or weekly limits or for performing tasks unrelated to the care of the host family's children.

- Program Training.  The Regulations require that you receive the following child development and child safety instruction prior to your placement with your chosen host family:
    - Not less than eight hours of child safety instruction, no less than 4 hours of which must be infant-related;
    - Not less than twenty-four hours of child development instruction, no less than 4 hours of which must be devoted to specific training for children under the age of two.

- Insurance.  The Regulations require that all au pair participants have at least the following insurance coverages in effect during their program participation:
    - Medical coverage of at least USD 100,000 per accident or illness, with nor more than a $500 per accident or illness deductible;
    - Coverage for up to USD 50,000 of expenses related to a medical evacuation to your home country; and
    - Coverage for up to USD 25,000 for the repatriation of remains.

The Regulations also require that any policy that au pairs purchase in order to meet these requirements satisfy a number of conditions more specifically set forth in the Regulations.

**Cultural Care Au Pair**
One Education Street
Cambridge, MA 02141

T: 800-333-6056
F: 617-619-1101
**culturalcare.com**