IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN MORALES POSADA, AMANDA SARMENTO FERREIRA GUIMARAES, WILLIANA ROCHA, and SARA BARRIENTOS, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>CULTURAL CARE, INC.,<br><br>     Defendant. | No. 1:20-cv-11862-IT |

**DECLARATION OF HARVEY J. WOLKOFF IN SUPPORT OF
DEFENDANT'S MOTION TO COMPEL ARBITRATION**

I, Harvey J. Wolkoff, hereby declare, under penalty of perjury, as follows:

1. I am an attorney admitted to practice before this Court. I am a member of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel to Defendant Cultural Care, Inc. ("Cultural Care"), in the above-captioned action.

2. I submit this declaration in support of Cultural Care's Motion to Compel Arbitration (the "Motion") (filed concurrently herewith). I have personal knowledge of the facts presented in this declaration, and personal familiarity with the documents and conferrals at issue in the Motion.

3. Before filing the Motion, on June 22, 2023, counsel for Cultural Care met and conferred with Plaintiffs' counsel, Matthew Helland and Peter Runkin, via video conference, and informed them that Cultural Care would move to compel arbitration in *Kudlacz et al. v. Cultural*

*Care, Inc. et al.*, No. CGC-20-584567 (Cal. Super. Ct.). The motion to compel arbitration in *Kudlacz* relies upon the same arbitration agreement as is at issue in this Action.

4. On June 30, 2023 counsel for Cultural Care met and conferred again with Plaintiffs' counsel, Matthew Helland and Peter Rukin, via video conference, and notified Plaintiffs' counsel that Cultural Care intended to move to compel arbitration in this Action unless Plaintiffs consented to arbitration. Plaintiffs refused to consent.

5. Attached as <u>Exhibit A</u> is a true and correct copy of the article titled Arbitration Procedures and Practice in Switzerland: Overview, by Urs Feller, Marcel Frey, Bernhard C. Lauterburg, and Prager Dreifuss AG (June 1, 2023).

6. Attached as <u>Exhibit B</u> is a true and correct copy of an excerpt of the Swiss Rules of International Arbitration, as of 2021. The full Swiss Rules of Arbitration, published by the Swiss Arbitration Centre, are available at https://www.swissarbitration.org/wpcontent/uploads/2022/07/Swiss-Rules-2021-EN.pdf.

7. Attached as <u>Exhibit C</u> is a true and correct copy of an excerpt of the ICC Rules of Arbitration, as of 2021. The full ICC Rules of Arbitration are available at https://iccwbo.org/dispute-resolution/dispute-resolution-services/arbitration/rules-procedure/2021-arbitration-rules/.

8. Attached as <u>Exhibit D</u> is a true and correct copy of an excerpt of the JAMS Comprehensive Arbitration Rules & Procedures, as of 2021. The full JAMS Comprehensive Rules are available at https://www.jamsadr.com/files/Uploads/Documents/JAMS-Rules/JAMS_Comprehensive_Arbitration_Rules-2021.pdf.

9. Attached as <u>Exhibit E</u> is a true and correct copy of the chapter "Law of Contracts" by Eugen Bucher, from the book INTRODUCTION TO SWISS LAW, published in 2004.

10. Attached as <u>Exhibit F</u> is a true and correct copy of the Complaint in *Kudlacz et al. v. Cultural Care, Inc. et al.*, No. CGC-20-584567 (Cal. Super. Ct.), as filed May 27, 2020.

11. Attached as <u>Exhibit G</u> is a true and correct copy of the First Amended Complaint in *Kudlacz et al. v. Cultural Care, Inc. et al.*, No. CGC-20-584567 (Cal. Super. Ct.), as filed June 11, 2021.

12. Attached as <u>Exhibit H</u> is a true and correct copy of the Order Setting Motion to Compel Arbitration Hearing in *Kudlacz et al. v. Cultural Care, Inc. et al.*, No. CGC-20-584567 (Cal. Super. Ct.), as filed August 2, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 18th day of August, 2023 in Boston, Massachusetts.

Respectfully submitted,

/s/ Harvey J. Wolkoff

Harvey J. Wolkoff (BBO# 532880)
harveywolkoff@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Ave, Suite 520
Boston, Massachusetts 02199
Tel: 617-712-7100

*Attorney for Defendant Cultural Care, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was filed on August 18, 2023 through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: August 18, 2023

/s/ *Harvey J. Wolkoff*
Harvey J. Wolkoff