# EXHIBIT B

0-cv-11862-IT   Document 311-2   Filed 08/18/23   Pa

# Swiss Arbitration Centre

Swiss Rules of
International Arbitration
(Swiss Rules)



2021

3. Article 20(2) shall apply mutatis mutandis to a counterclaim and a set-off defence.


**AMENDMENTS TO THE CLAIM OR DEFENCE**
Article 22

During the course of the arbitration proceedings, a party may amend or supplement its claim or defence, unless the arbitral tribunal considers it inappropriate to allow such amendment having regard to the delay in making it, the prejudice to the other parties, or any other circumstances.


**OBJECTIONS TO THE JURISDICTION OF THE ARBITRAL TRIBUNAL**
Article 23

1. The arbitral tribunal shall have the power to rule on any objections to its jurisdiction, including regarding the existence, validity or scope of the Arbitration Agreement, and on any objections that claims made under more than one Arbitration Agreement should not be determined together.

2. The arbitral tribunal shall have the power to determine the existence or the validity of the Contract of which an Arbitration Agreement forms part. A decision by the arbitral tribunal that the Contract is null and void shall not automatically entail the invalidity of the Arbitration Agreement.

3. Any objection to the jurisdiction of the arbitral tribunal shall be raised prior to any defence on the merits, unless the arbitral tribunal allows a later objection in exceptional circumstances.

4. The arbitral tribunal shall rule on any objection to its jurisdiction as a preliminary question, unless it appears more appropriate to rule on such objection in an award on the merits.

5. The arbitral tribunal shall have jurisdiction to hear a set-off defence even if the relationship out of which the defence is said to arise does not fall within the scope of the Arbitration Agreement, or falls within the scope of another Arbitration Agreement or forum selection clause.


**FURTHER WRITTEN SUBMISSIONS**
Article 24

The arbitral tribunal shall decide, after consulting with the parties, which further written submissions, if any, in addition to the Statement of Claim and the Statement of Defence, shall be submitted by the parties and shall set the time limits for such written submissions.