# EXHIBIT H

F I L E D
Superior Court of California
County of San Francisco

AUG -2 2023

CLERK OF THE COURT
BY: _____
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

DEPARTMENT 613

| | |
|---|---|
| KATARZYNA KUDLACZ and NATALIA BIEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CULTURAL CARE, INC., a Massachusetts Corporation; INTERNATIONAL CARE LIMITED, a Swiss Corporation; and DOES 1 through 25 inclusive,<br><br>Defendants. | Case No. CGC-20-584567<br><br>ORDER SETTING MOTION TO COMPEL ARBITRATION HEARING |

    Having reviewed the parties' joint case management conference statement dated July 27, 2023, the Court adopts the parties' proposed briefing schedule. Defendants shall file their motion to compel arbitration no later than **August 4, 2023**. Plaintiffs shall file their opposition no later than **September 1, 2023**. Defendants shall file their reply no later than **September 22, 2023**. The Court sets **October 18, 2023, at 10:00 a.m.** for Defendants' motion to compel arbitration.

    IT IS SO ORDERED.

Dated: August ___, 2023

                                                    SAMUEL K. FENG
                                                    Judge of the Superior Court

- 1 -

Kudlacz v. Cultural Care, Inc. et al. CGC-20-584567 Order Setting MTC Arbitration Hearing

## CERTIFICATE OF ELECTRONIC SERVICE
(CCP 1010.6(6) & CRC 2.251)

     I, CLARK BANAYAD, a Deputy Clerk of the Superior Court of the County of San Francisco, certify that I am not a party to the within action.

     On August 2, 2023, I electronically served the ATTACHED DOCUMENT(S) via File&ServeXpress on the recipients designated on the Transaction Receipt located on the File&ServeXpress website.

Dated:  August 2, 2023

                                      Brandon E. Riley, Clerk

By:  _____
                                    CLARK BANAYAD, Deputy Clerk