IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN MORALES POSADA, AMANDA SARMENTO FERREIRA GUIMARAES, WILLIANA ROCHA, and SARA BARRIENTOS, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>CULTURAL CARE, INC.,<br><br>                Defendant. | No. 1:20-cv-11862-IT |

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF MOTION TO COMPEL ARBITRATION

Defendant Cultural Care, Inc. ("Defendant" or "Cultural Care"), by and through its attorneys, hereby seeks leave pursuant to Local Rule 7.1(b)(3) to file a reply memorandum of no more than ten (10) pages in further support of its Motion to Compel Arbitration (Aug. 18, 2023) (Dkt. 309) ("Motion to Compel") that would be limited to addressing the arguments raised in Plaintiffs' Opposition to the Motion to Compel, filed Nov. 7, 2023 (Dkt. 368) ("Opposition"). A proposed order is attached hereto as **Exhibit A**.

As grounds for this motion, Defendant states as follows: Defendant filed its Motion to Compel on August 18, 2023. Plaintiffs have been allowed 81 days to oppose the Motion to Compel. In their Opposition, Plaintiffs raised several new arguments, including arguments that were not addressed in Defendant's Memorandum in Support of the Motion to Compel (Dkt. 312). For example, Plaintiffs raised arguments concerning the purported implications of Swiss law on the Motion to Compel, and have also submitted three declarations and hundreds of pages of exhibits

with their Opposition including a ten-page declaration from a Swiss lawyer concerning Swiss legal issues. Defendant should have the opportunity to respond. Plaintiffs have also cited to the transcript of the deposition of Natalie Jordan, which took place on October 5, 2023, which is after Defendant filed the Motion to Compel. Defendant should have the opportunity to point the Court to relevant testimony from that deposition. Allowing Defendant to provide a response to the Opposition will assist the Court in resolving the Motion to Compel. The reply would be limited to addressing the arguments raised in the Opposition.

Additionally, after Defendant filed its Motion to Compel on August 18, 2023, on October 27, 2023, the Superior Court of the State of California, San Francisco County, ***granted*** the motion to compel arbitration filed by defendants Cultural Care, Inc. (the same Defendant here) and International Care Limited in *Kudlacz et al. v. Cultural Care, Inc.*, No. CGC-20-584567 (Cal. Super. Ct.) based upon the exact same arbitration clause that is at issue in the present case before this Court. The *Kudlacz* action, which was filed before this action and is discussed in the Motion to Compel, involves alleged California wage and hour violations that are ***identical*** to those claimed here and which are being asserted on behalf of the same group of California au pairs as the putative California class in this action. *See* Dkt. 312 at 2, 19-20. The court in *Kudlacz* granted Cultural Care's motion to compel arbitration based on the ***identical*** arbitration provision as is at issue here. A copy of the October 27, 2023 *Kudlacz* order granting the defendants' motion to compel arbitration is attached hereto as **Exhibit B**, and was addressed in Plaintiffs' Opposition. Allowing Defendant to also have the opportunity to address the *Kudlacz* order's applicability here, as well as to respond to the arguments raised in Plaintiffs' Opposition concerning the same, is highly relevant and will also assist the Court in resolving the Motion to Compel.

Defendant has requested Plaintiffs' position on this motion for leave, and Plaintiffs do not oppose the relief sought herein.

WHEREFORE, Defendant respectfully requests that the Court issue an order granting Defendant leave to file a reply of no more than ten (10) pages (excluding any table of contents or table of authorities and supporting materials). Because the undersigned lead counsel for Defendant is currently trying a case in Essex County Superior Court that remains ongoing, and accounting for the upcoming Thanksgiving holiday, Defendant respectfully requests that the Court set Friday, December 8, 2023 as the deadline for Defendant to file its reply.

Dated:  November 9, 2023
Boston, Massachusetts

Respectfully submitted,

/s/ *Harvey J. Wolkoff*
Harvey J. Wolkoff (BBO# 532880)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: 617-712-7100
harveywolkoff@quinnemanuel.com

*Attorney for Defendant Cultural Care, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document will be filed through the ECF System and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  November 9, 2023

/s/ *Harvey J. Wolkoff*
Harvey J. Wolkoff