# Exhibit A

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN MORALES POSADA, AMANDA SARMENTO FERREIRA GUIMARAES, WILLIANA ROCHA, and SARA BARRIENTOS, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>CULTURAL CARE, INC.,<br><br>          Defendant. | No. 1:20-cv-11862-IT |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY**

Having considered Defendant's Motion dated November 9, 2023, it is hereby ORDERED that:

1. Defendant is granted leave to file a reply in support of Defendant's Motion to Compel Arbitration (Dkt. 309) of no more than 10 pages (excluding any table of contents or table of authorities and any supporting materials) by no later than December 8, 2023.

2. Any such reply shall state in the caption that leave to file was granted on this date.

**SO ORDERED** on this ___ day of November, 2023.

_____

Judge Indira Talwani
United States District Judge