# United States Court of Appeals
## For the First Circuit

No. 24-1248

KAREN MORALES-POSADA, individually and on behalf of all others similarly situated, AMANDA SARMENTO, individually and on behalf of all others similarly situated, FERREIRA GUIMARAES, individually and on behalf of all others similarly situated, WILLIANA ROCHA, individually and on behalf of all others similarly situated, SARA BARRIENTOS, individually and on behalf of all others similarly situated

Plaintiffs, Appellees,

v.

CULTURAL CARE, INC.,

Defendant, Appellant.

**JUDGMENT**

Entered: June 18, 2025

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The District Court's denial of the motion to compel arbitration is affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc: David Hollis Seligman, Helen Clara Coleman, Matthew C. Helland, Peter Rukin, Harvey J. Wolkoff, Kathleen M. Sullivan, William B. Adams, Matthew Mazzotta, Aliki Sofis, Gavin Frisch, Alexander Hale Loomis, Alexander Sixto Del Nido